THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jacques Gibson, Appellant.
 
 
 

Appeal From Richland County
Steven H. John, Circuit Court Judge
Unpublished Opinion No.  2010-UP-383
Submitted May 3, 2010  Filed August 10,
 2010
AFFIRMED

 
 
 
 Senior Appellate Defender Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, Assistant
 Attorney General Alphonso Simon, Jr., and Solicitor Warren Blair Giese, all of
 Columbia, for Respondent.
 
 
 

PER CURIAM: 
 Jacques Gibson appeals his conviction for
 murder, arguing the circuit court erred in refusing to charge the jury with
 involuntary manslaughter.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following
 authorities:  State v. Cole, 338 S.C. 97, 101, 525 S.E.2d 511, 512
 (2000) ("The law to be charged must be determined from the evidence
 presented at trial."); Douglas v. State,
 332 S.C. 67, 74, 504 S.E.2d 307, 310-11 (1998) (holding involuntary
 manslaughter is at its core an unintentional killing; thus, where a defendant
 intentionally arms himself and shoots into a crowd, he is not entitled to an
 involuntary manslaughter charge).  
AFFIRMED.
FEW, C.J., THOMAS and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.